IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| JAMES L. ROGERS, JR., *ET AL.*, § § *Plaintiffs*, § § v. § Case No. 2:21-CV-343-RSP § SHELDON HANLEY, AND STAND-BY § TRUCKING, INC., § § *Defendants.* § | |

## ORDER

Before the Court is the Stipulation of Dismissal filed by Plaintiffs James L. Rogers, Jr., Sheila E. Pryor, and Tiffany L. Rogers and Defendants Sheldon Hanley and Stand-By Trucking, Inc. (Dkt. No. 44.) In light of the Stipulation, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(ii), all pending claims and causes of action in the above-captioned case are **DISMISSED WITH PREJUDICE**. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**. Each party is to bear its own costs, expenses, and attorneys' fees.

The Clerk of the Court is directed to **CLOSE** the above-captioned case.

**SIGNED this 7th day of March, 2023.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE